897 BROWN ET AL. vs. CIRCUIT JUDGE (Alpena), No. 11918.

To compel respondent to set aside verdict.

Granted April 22, 1891, with costs.

After the jury had announced that they had agreed upon a verdict, plaintiff asked leave to submit to a non-suit, but the court refused to permit it, and took the verdict. Relator cited Mer. Bank vs. Schulenberg, 54 M., 49; Helwig vs. Circuit Judge, 73 M., 258 (896).

898 LANGWORTHY (Receiver) vs. CIRCUIT JUDGE (Bay), No. 16277½.

To vacate an order directing a verdict for defendants and grant a new trial.

Order to show cause denied April 27, 1897.

Petitioner, appointed by an Illinois court as receiver of an Illinois corporation, brought suit in the Bay Circuit Court upon an assessment made under a decree of the Illinois court. Pending the trial the court raised the question of plaintiff's right to bring the action, denied an application to amend and directed a verdict for defendants.